UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMY GRAY,<br><br>    Plaintiff,<br><br>vs.<br><br>DIANA HAMPTON; CITY OF HENDERSON, *et al.*,<br><br>    Defendant, | 2:10-cv-356-RCJ-RJJ<br><br><br>O R D E R |

This matter is before the Court on the City of Henderson's Motion to Quash Subpoena Duces Tecum (#38).

The Court having reviewed the Motion to Quash (#38) and the Opposition (#39) and the file herein finds that no discovery has been authorized in this case yet. Good cause appearing therefore,

IT IS HEREBY ORDERED that the City of Henderson's Motion to Quash Subpoena Duces Tecum (#38) is DENIED.

IT IS FURTHER ORDERED that no discovery is appropriate until the Court enters a ruling on the Motion to Dismiss (#23) and the Motion to Amend/Correct the Complaint (#29).

DATED this   21st   day of April, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge