UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMY GRAY, | |
| Plaintiff, | 2:10-cv-356-RCJ-RJJ |
| vs. | |
| CITY OF HENDERSON, *et al.*, | O R D E R |
| Defendant, | |

This matter is before the Court on Plaintiff's Motion for Access to Law Library (#72)

The Court having reviewed the Motion (#72) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Access to Law Library (#72) is GRANTED to the extent that Plaintiff may have access to the Circuit Library located on the 7th floor of the Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada, 89101.

IT IS FURTHER ORDERED that access to said library is limited to:

1. Use only during normal library hours;

2. No access to West law, Lexis or the internet; and,

3. No photocopying.

DATED this 16th day of May, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge