# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMY GRAY,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY OF HENDERSON, *et al.*,<br><br>        Defendants. | Case No.:   2:10-CV-356-RCJ-RJJ<br><br><br>**ORDER** |

Presently before the Court is Plaintiff's Motion to Continue Time to Enter Amended Complaint (ECF #110) and Motion to Ask Judge Jones a Question (ECF #111) filed on September 5, 2012.

On August 3, 2012 the Court entered Order (ECF #109) granting Plaintiff an additional twenty (20) days from the date of the order to file a third amended complaint that sufficiently stated claims against all named Defendants. Plaintiff was instructed to comply with the deadline, failure to comply would result in dismissal of this action with prejudice. In addition, the Court instructed Plaintiff to include with the original paper to be filed with the Clerk of the Court a certificate stating the date that a true and correct copy of the document was mailed to the Defendants or counsel for Defendants. Accordingly,

///
///
///
///

1    IT IS HEREBY ORDERED that Letter (ECF #110); and Letter (ECF #111) will be
2  disregarded.
3    IT IS FURTHER ORDERED that this action is DISMISSED with PREJUDICE.

**IT IS SO ORDERED** this 2nd day of October, 2012.

_____
ROBERT C. JONES
United States Chief District Judge

-2-